**Diana M. CAMPITELLI, Plaintiff–Appellant,**

v.

**Lisa DUERLING; Debbie Nigrin, Defendants–Appellees.**

No. 01–1487.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 9, 2001.

Decided Aug. 14, 2001.

Diana M. Campitelli, pro se.

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

PER CURIAM.

Diana M. Campitelli appeals the district court's order denying her motion for leave to proceed in forma pauperis. We have reviewed the record and the district court's opinion and find no reversible er-

ror. Accordingly, we deny leave to proceed in forma pauperis on appeal and dismiss the appeal on the reasoning of the district court. *See Campitelli v. Duerling,* No. CA–01–423–L (D.Md. Mar. 21, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*